SCHENCK, Respondent, v. UNITED STATES HEALTH & ACCIDENT INS. CO., Appellant. (Supreme Court, Appellate Division,

Fourth Department. June 4, 1913.) Action by John C. Schenck against the United States Health & Accident Insurance Company.

PER CURIAM. Judgment and order reversed, and new trial granted in Corning City Court, with costs to appellant to abide event. New trial to be had on the 16th day of June at 10 a. m. *Held,* that there was a breach of warranty respecting the plaintiff's having been treated by a physician within the terms of the application; (2) that the finding of the jury that the injury was due to an accident to the car is contrary to and against the weight of the evidence.